UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E-MANAGEMENT SOLUTIONS, INC.,

    Plaintiff,

vs.

ENHANCE PLASTIC SURGERY MEDICAL CLINIC, P.C.

    Defendant.

Case No. 1:19-cv-08605-AKH

### ORDER AND JUDGMENT

The Court, having reviewed Enhance Plastic Surgery Medical Clinic, P.C.'s Letter of November 9, 2020, and being advised that the Parties have reached full settlement of this matter, and being otherwise fully advised in the premises, now ORDERS the following:

1. This Court's Preliminary Injunction in favor of defendant Enhance Plastic Surgery Medical Clinic, P.C. and against plaintiff E-Management Solutions Inc. (DE___) shall be and is hereby made a permanent injunction;

2. The bond posted by Enhance Plastic Surgery Medical Clinic, P.C. securing the Court's Preliminary Injunction Order is discharged; and

3. The remaining claims and counterclaims pending in this action are dismissed with prejudice and the Clerk of the Court is directed to enter judgment in favor of Enhance Plastic Surgery Medical Clinic, P.C. and close this case.

SO ORDERED:

_____
Hon. Alvin K. Hellerstein
United States District Judge

Dated: November 17, 2020
New York, New York

1